UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY J. TURNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   No. 4:08CV231 CDP |
| | ) |
| ACADEMY COLLECTION SERVICE, INC., | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the May 9, 2008 conference pursuant to Rule 16, Fed.R.Civ.P., is **vacated** and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

                                            _____
                                            CATHERINE D. PERRY
                                            UNITED STATES DISTRICT JUDGE

Dated this 15th day of April, 2008.